UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:22-cr-102-WWB-DAB
 49 U.S.C. § 46506

BRIAN PATRICK DURNING

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**

On or about June 24, 2022, while on an aircraft in flight in the special aircraft jurisdiction of the United States, that is, Delta Airlines flight 2954 from Los Angeles International Airport to Orlando International Airport, within the Middle District of Florida, and elsewhere, the defendant,

BRIAN PATRICK DURNING,

did knowingly and willfully commit an act that, if committed in the special maritime and territorial jurisdiction of the United States, would have violated

chapter 109A of Title 18, that is, Abusive Sexual Contact with a Child, as defined by 18 U.S.C. § 2244(a)(3).

In violation of 49 U.S.C. § 46506.

A TRUE BILL,

███████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: *[signature]* for
Emily C. L. Chang
Assistant United States Attorney

By: *[signature]*
Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

2

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

## THE UNITED STATES OF AMERICA

vs.

## BRIAN PATRICK DURNING

## INDICTMENT

Violation:

49 U.S.C. § 46506

A true bill,

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Foreperson

Filed in open court this 6th day of July, 2022.

_____
Clerk

Bail  $_____

GPO 863 525