UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No: 6:22-cr-102-WWB-DAB

BRIAN PATRICK DURNING,

    Defendant.
_____

## WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA

I, Brian Patrick Durning, the above-named defendant, do hereby waive my right to be present at Arraignment and enter a plea of not guilty to the charges. I hereby state that I have received a copy of the charging instrument.

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

_/s/ Karla M. Reyes_                      _/s/ Brian Patrick Durning_
Karla M. Reyes, Esq.              Brian Patrick Durning, Defendant
Assistant Federal Defender
Florida Bar No: 0072652
201 South Orange Ave., Suite 300
Orlando, Florida 32801
Telephone: 407-648-6338/Fax: 407-648-6765
Email: karla_reyes@fd.org
Counsel for Defendant

Date: 7/7/22