**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

---

UNITED STATES OF AMERICA

VS.                                                              CASE NO: 6:22-cr-102-WWB-DAB

BRIAN PATRICK DURNING

| **JUDGE:** | Wendy W. Berger | **COUNSEL FOR GOVERNMENT:** | Emily C. L. Chang |
|---|---|---|---|
| **DEPUTY CLERK:** | Regina Fermer | | |
| **COURT REPORTER:** | Heather Suarez heathersuarez.usocr@gmail.com | **COUNSEL FOR DEFENDANT:** | Karla Mariel Reyes |
| **SCHEDULED DATE/TIME:** | August 8, 2022 03:00 PM 3:23pm – 3:28pm = 5 minutes | **INTERPRETER:** | N/A |

**MINUTES**

Case called; appearances taken.

Defense requests a 60-day trial continuance to resolve issues regarding trial.

Government does not object to the continuance and explained that the minor victim will need to travel and has medical needs. Both sides will also need time to retain experts.

The Court grants the motion to continue trial to the January 2023 trial term with a date certain starting on January 9, 2023 with an October 11, 2022 Status Conference. After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court, therefore, determines that the time from today until and including January 31, 2023, shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

A Waiver of Speedy trial through January 31, 2023 will be filed on the docket.

Court adjourned.