```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          ORLANDO DIVISION

                                     :
                                     :
  UNITED STATES OF AMERICA,          :
                                     :   Case No.:
         Plaintiff,                  :   6:22-cr-00102-WWB-DAB-1
                                     :
  v.                                 :   Orlando, Florida
                                     :   August 8, 2022
                                     :   3:23 P.M. - 3:28 P.M.
                                     :
  BRIAN PATRICK DURNING,             :
                                     :
         Defendant.                  :
                                     :


                  TRANSCRIPT OF STATUS CONFERENCE
              BEFORE THE HONORABLE WENDY W. BERGER
                   UNITED STATES DISTRICT JUDGE

  APPEARANCES:

  For the Plaintiff:          Emily C.L. Chang
                              U.S. Attorney's Office
                              400 West Washington Street
                              Suite 3100
                              Orlando, Florida 32801

  For the Defendant:          James T. Skuthan
                              Federal Public Defender's Office
                              201 South Orange Avenue
                              Suite 300
                              Orlando, Florida 32801


  Proceedings recorded by real-time mechanical stenography.
  Transcript produced by computer-aided transcription.

                             Reported by:
                    Heather Suarez, RPR, FCRR, CRR
                       U.S. Official Court Reporter
              (407) 801-8921 | heathersuarez.usocr@gmail.com
    401 West Central Boulevard, Suite 4600, Orlando, Florida 32801
```

1 **P R O C E E D I N G S**

2 (Proceedings commenced at 3:23 P.M.)

3 **THE COURTROOM DEPUTY:** Case No. 6:22-cr-102, United

4 States of America v. Brian Patrick Durning.

5 Counsel, please state your appearances for the record.

6 **MS. CHANG:** Good afternoon, Your Honor. Emily Chang

7 on behalf of the United States.

8 **THE COURT:** Good afternoon.

9 **MR. SKUTHAN:** Good afternoon. James Skuthan on behalf

10 of Mr. Durning. I'm standing in for Ms. Reyes.

11 **THE COURT:** All right. Are we ready to get this one

12 set?

13 **MS. CHANG:** No, Your Honor.

14 **MR. SKUTHAN:** My understanding, Your Honor, Ms. Reyes

15 is seeking a 60-day continuance. She has a waiver of speedy

16 through the end of December. I think her and -- her and the

17 Government have been working to try to resolve the case.

18 There's some trial issues that they have to address.

19 **MS. CHANG:** Yeah. And just for some background,

20 Your Honor, this is a case involving a Delta flight passenger

21 who digitally penetrated the 13-year-old who was sitting next

22 to him. He is claiming that Ambien -- he was under the

23 influence of Ambien.

24 The defense has not retained an expert at this time,

25 and, you know, Ms. Reyes and I are having ongoing discussions

1     about the direction of the case.  So, you know, this case is
2     going to -- I just want to preview for the Court that if -- it
3     doesn't look like -- just based on recent discussions I've had
4     with my management, it doesn't look like we can resolve the
5     case at this time, at this juncture.  So they are going to need
6     to get an expert before we can move forward.  If they get one,
7     we're going to need one too, if we go to trial.
8          And my 13-year-old has selective mutism, meaning she
9     cannot speak when she's very stressed, and so I'm going to need
10    also some time to prepare her for trial in the event that it
11    heads that direction.
12         So just laying out a number of issues that we're
13    dealing with here.
14         **THE COURT:**  And if it goes to trial, about how long do
15    you think it would take?
16         **MS. CHANG:**  It depends on the experts, Your Honor, but
17    I would say three or four days.  It's not more complicated than
18    that.
19         **THE COURT:**  Beyond 60 days out, it hits us,
20    honestly -- unless something was to -- and, again, we're all
21    dealing with criminal cases here.  I really do not want --
22    actually, for juror purposes, I really don't want to set
23    anything the day after Christmas.  People just, you know, take
24    vacations and stuff.
25         I've got the first week of January -- that would be,

1  like, Tuesday the 3rd through Friday the 6th -- or then, you

2  know, the second week.  But January's open right now.  There's

3  really nothing.  I've got just about every week until the end

4  of the year except for, coming up, there's some that are coming

5  off this month, but that's it.

6      **MS. CHANG:** Your Honor, I actually think that inures

7  to everyone's favor because I think this is going to take a

8  while to work through.  So that's actually great.  I would

9  request, actually -- I was going to ask, if it's okay with the

10  defense, to set a status around October perhaps because I need

11  a chance to consult with the victim.  She lives in California.

12      **THE COURT:** Okay.

13      **MS. CHANG:** So this is going to require bringing her

14  out of school and all of that.

15      **THE COURT:** So do we want to -- let's tentatively set

16  it -- let's do a status when?  In October?

17      **MS. CHANG:** Yes, please.

18      **THE COURT:** Let's set a status in October, but let's

19  tentatively get it set so that we don't have a situation where

20  come October, everything's booked through.  Let's set it maybe

21  that week of January the 9th.

22      And see if Ms. Reyes will get us a waiver through the

23  end of January.

24      **MR. SKUTHAN:** Yes, Your Honor.

25      **THE COURT:** And then I'll find the ends of justice are

1    best served by granting the continuance in this case.

2    Hopefully, it can resolve; but, if not, we've got it on a date

3    certain.

4             **MS. CHANG:**  Thank you, Your Honor.

5             **MR. SKUTHAN:**  Thank you.

6             **THE COURT:**  Okay.  October status.  And that's

7    October?

8             **THE COURTROOM DEPUTY:**  11th.

9             **THE COURT:**  11th.  Okay.  Thank you.

10            **MS. CHANG:**  Thank you.

11            **MR. SKUTHAN:**  Thank you.

12         (Proceedings concluded at 3:28 P.M.)

13                        -    -    -

14                   **CERTIFICATE OF REPORTER**

15   I certify that the foregoing is a correct transcript of the
     record of proceedings in the above-titled matter.
16

17   s/Heather Suarez                              08/30/2022
     Heather Suarez, RPR, FCRR, CRR                Date
18   U.S. Official Court Reporter