FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2022 SEP 21  PM 4: 14

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
ORLANDO, FL

UNITED STATES OF AMERICA

v.      CASE NO. 6:22-cr-102-WWB-DAB
            49 U.S.C. § 46506

BRIAN PATRICK DURNING

### SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about June 24, 2022, while on an aircraft in flight in the special aircraft jurisdiction of the United States, that is, Delta Airlines flight 2954 from Los Angeles International Airport to Orlando International Airport, within the Middle District of Florida, and elsewhere, the defendant,

BRIAN PATRICK DURNING,

did knowingly and willfully commit an act that, if committed in the special maritime and territorial jurisdiction of the United States, would have violated chapter 109A of Title 18, that is, Abusive Sexual Contact with a Child, as defined by 18 U.S.C. § 2244(a)(3).

In violation of 49 U.S.C. § 46506.

### COUNT TWO

On or about June 24, 2022, while on an aircraft in flight in the special

aircraft jurisdiction of the United States, that is, Delta Airlines flight 2954 from Los Angeles International Airport to Orlando International Airport, within the Middle District of Florida, and elsewhere, the defendant,

BRIAN PATRICK DURNING,

did knowingly and willfully commit an act that, if committed in the special maritime and territorial jurisdiction of the United States, would have violated chapter 113 of Title 18, that is, Assault Resulting in Substantial Bodily Injury To An Individual Who Has Not Attained the Age of 16 Years, as defined by 18 U.S.C. § 113(a)(7).

In violation of 49 U.S.C. § 46506.

### COUNT THREE

On or about June 24, 2022, while on an aircraft in flight in the special aircraft jurisdiction of the United States, that is, Delta Airlines flight 2954 from Los Angeles International Airport to Orlando International Airport, within the Middle District of Florida, and elsewhere, the defendant,

BRIAN PATRICK DURNING,

did knowingly and willfully commit an act that, if committed in the special maritime and territorial jurisdiction of the United States, would have violated

chapter 113 of Title 18, that is, Assault Resulting in Serious Bodily Injury, as defined by 18 U.S.C. § 113(a)(6).

In violation of 49 U.S.C. § 46506.

A TRUE BILL,

[signature redacted]

ROGER B. HANDBERG
United States Attorney

By: _____
Emily C. L. Chang
Assistant United States Attorney

By: _____
Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

BRIAN PATRICK DURNING

**SUPERSEDING INDICTMENT**

Violation:   49 U.S.C. § 46506

Filed in open court this 21st day of September, 2022.

_____
Clerk

Bail  $ _____

GPO 863 525