**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

>     **Plaintiff,**

**v.**                                                    **Case No. 6:22-cr-102-WWB-DAB**

**BRIAN PATRICK DURNING,**

>     **Defendant.**

_____ **/**

**RESPONSE TO GOVERNMENTS MOTION TO PRECLUDE DEFENSE**
**COUNSEL FROM PHYSICALLY OR VIRTUALLY ATTENDING FORENSIC**
**PSYCHOLOGICAL EVALUATION ON JANUARY 30-31, 2023**

Defendant Brian Patrick Durning, through undersigned counsel and based on the Court's Order (Doc. 60) directing a response earlier than 14 days, states as follows:

Since Mr. Durning's arrest last summer, undersigned counsel has attempted to negotiate a reasonable plea offer pursuant to the government's openness to review mitigation. Undersigned counsel has worked diligently to provide countless character letters, a polygraph examination, and a report from a toxicologist. This entire time, Mr. Durning and undersigned counsel believed both parties were engaging in plea negotiations in good faith, not preparing for trial.

Undersigned counsel does not have an expert retained yet to file a Rule

12.2 notice because, again, defense thought both parties were engaging in plea negotiations in good faith. Undersigned counsel is now in the process of retaining a psychological expert for trial, currently slated for April 10, 2023. There is a pending unopposed motion to continue trial filed by the government. Undersigned counsel spoke to Ms. Chang and explained the need for more time to file the Rule 12.2 notice.

The government's motion lacks any legal authority, or any memorandum of law as required by Local Rule 3.01(a). The government's motion is also premature because Mr. Durning has not yet filed a Rule 12.2 notice. However, in the spirit of good faith and with the hope of still resolving the case with a reasonable resolution, undersigned counsel agrees to not attend Mr. Durning's evaluation, provided that the *entire* evaluation is recorded. The expert is not to utter a word to Mr. Durning that is not recorded.

WHEREFORE, Mr. Durning respectfully requests this Court grant the government's motion.

Respectfully Submitted,

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

*s/Karla M. Reyes*_____
Karla M. Reyes, Esq.
Assistant Federal Defender
Florida Bar No.0072652
201 S. Orange Avenue, Suite 300

2

Orlando, FL 32801
Telephone: 407-648-6338
Fax: 407-648-6095
E-Mail: karla_reyes@fd.org
Attorney for Mr. Durning

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing

with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send

a notice of electronic filing to Emily Chang, Assistant U.S. Attorney, this 25th

day of January 2023.

*s/Karla M. Reyes*
Karla M. Reyes