UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    v.                    CASE NO. 6:22-cr-102-WWB-RMN

BRIAN PATRICK DURNING

## GOVERNMENT'S AMENDED[1] WITNESS LIST

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses to be called in the government's case-in-chief:

1. Child Victim
2. Stacey Sherretta, Los Angeles, CA
3. Rick Krum, Los Angeles, CA
4. Sharon Joseph, Orlando, FL
5. Tabari Francis, Orlando, FL
6. Antonio Cento, Orlando FL
7. Pedro Maldonado, Delta Air Lines
8. Rachelle McCoy, Delta Air Lines
9. Mario Lopez, Delta Air Lines
10. Wilfredo Sanchez, Jr., Delta Air Lines
11. Ofc. Brian Pina, Orlando Police Department

---

[1] The only change is the addition of witness Antonio Cento (#6).

12. Federal Air Marshall Nasn Minor

13. Deputy U.S. Marshal Anthony Helicio, Unites States Marshal Service

14. Task Force Officer David D'Arcangelis, Federal Bureau of Investigation

15. Mary Tramontin, Psy.D., The Forensic Panel

The United States reserves the right to call additional witnesses during the trial of this case, if appropriate.

    Respectfully submitted,

    ROGER B. HANDBERG
    United States Attorney

By: */s/ Michael P. Felicetta*
    Michael P. Felicetta
    Assistant United States Attorney
    Florida Bar No. 094468
    400 W. Washington Street, Suite 3100
    Orlando, Florida 32801
    Telephone:   (407) 648-7500
    E-mail: Michael.Felicetta@usdoj.gov

    */s/ Courtney D. Richardson-Jones*
By: Courtney D. Richardson-Jones
    Assistant United States Attorney
    Florida Bar No.: 91608
    400 W. Washington Street, Suite 3100
    Orlando, Florida 32801
    Telephone: (407) 648-7500
    E-mail: Courtney.richardson-jones@usdoj.gov

**U.S. v. BRIAN PATRICK DURNING**       Case No. 6:22-cr-102-WWB-RMN

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Jeremy Lasnetski, Esq.
    Assistant Federal Defender

    */s/ Michael P. Felicetta*
    Michael P. Felicetta
    Assistant United States Attorney
    Florida Bar No. 094468
    400 W. Washington Street, Suite 3100
    Orlando, Florida 32801
    Telephone:   (407) 648-7500
    E-mail:      Michael.Felicetta@usdoj.gov