# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                    CASE NO: 6:22-cr-102-WWB-RMN

BRIAN PATRICK DURNING

| | | | |
|---|---|---|---|
| **JUDGE:** | Wendy W. Berger | **COUNSEL FOR GOVERNMENT:** | Michael Felicetta Courtney Richardson-Jones |
| **DEPUTY CLERK:** | Regina Fermer | | |
| **COURT REPORTER:** | Heather Suarez heathersuarez.usocr@gmail.com | **COUNSEL FOR DEFENDANT:** | Jeremy Lasnetski |
| **SCHEDULED DATE/TIME:** | June 20, 2023 | **INTERPRETER:** | N/A |

## MINUTES – JURY TRIAL DAY 1

| | |
|---|---|
| 8:44am | Case called; appearances taken.<br>Government addresses matters with the parties about plea offers.<br>Court inquired with the parties and Mr. Durning about plea offers.<br>Defendant stated he rejected the previous plea offers.<br>The Court reads the Maximum Penalties as to the Superseding Indictment.<br>The Government requests the child victim's name and siblings name be redacted.<br>The Court grants the request, the minors' names will be redacted.<br>The Court discusses defenses/objections with the parties, the Court will take the issue under advisement. |
| 9:07am | Court in recess. |
| 9:13am | Court back in session. |
| 9:21am | Venire enters courtroom.<br>Voir dire. |
| 11:04am | Venire exits courtroom.<br>Court discusses matters with the parties. |
| 11:15am | Court questions individual prospective jurors. |
| 11:34am | Court in recess. |
| 11:42am | Court back in session. The Court discusses challenges for cause and peremptory with the parties. |

| | |
|---|---|
| 11:59am | Venire enters courtroom, voir dire continues. |
| 12:46pm | Venire exits courtroom. Court questions individual prospective jurors. |
| 1:54pm | Court adjourned. Will reconvene at 3pm. |
| 3:02pm | Court back in session. |
| 3:07pm | Jury enters courtroom, duly sworn. Court reads preliminary instructions. |
| 3:20pm | Government's opening statement made by Ms. Richardson Jones. |
| 3:33pm | Defense's opening statement made by Mr. Lasnetski. |
| 3:50pm | Jury exits courtroom; Court discusses matters with the parties. |
| 4:22pm | Jury enters courtroom.<br>Government calls Sharon Joseph as witness, duly sworn, testifies. |
| 5:09pm | Cross-examination. |
| 5:38pm | Re-direct. |
| 5:48pm | Jury exits courtroom.<br>Court addresses matters with the parties. |
| 5:51pm | Court adjourned. Will reconvene 6/21/23 at 9am. |

Time in court: 8:44am-9:07am; 9:13am-11:34am; 11:42am-1:54pm; 3:02pm-5:51pm.
**Total time in court: 7 hours, 45 minutes.**