### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

---

UNITED STATES OF AMERICA

VS.                                        CASE NO: 6:22-cr-102-WWB-RMN

BRIAN PATRICK DURNING

| | | | |
|---|---|---|---|
| **JUDGE:** | Wendy W. Berger | **COUNSEL FOR GOVERNMENT:** | Michael Felicetta<br>Courtney Richardson-Jones |
| **DEPUTY CLERK:** | Regina Fermer | | |
| **COURT REPORTER:** | Heather Suarez<br>heathersuarez.usocr@gmail.com | **COUNSEL FOR DEFENDANT:** | Jeremy Lasnetski |
| **SCHEDULED DATE/TIME:** | June 21, 2023 | **INTERPRETER:** | N/A |

### MINUTES – JURY TRIAL DAY 2

9:06am       Court adjourned.
             Court addresses matters with the parties.

9:12am       Jury enters courtroom.
             Government calls child victim as witness, duly sworn, testifies.

9:46am       Cross-examination.

10:18am      Re-direct.

10:31am      Jury exits.

10:33am      Court in recess.

10:51am      Court back in session.

10:53am      Jury enters courtroom.
             Government calls Stacey Sherretta as witness, duly sworn, testifies.

12:11pm      Jury exits.

12:12pm      Court in recess. Will reconvene at 1:30pm.

1:31pm       Court back in session.

1:34pm       Jury enters courtroom.
             Cross-examination of Stacey Sherretta.

2:16pm        Re-direct.

2:21pm        Jury exits.

2:26pm        Jury enters.
              Re-direct continues.

2:33pm        Government calls Pedro Maldonado as witness, duly sworn, testifies.

3:08pm        Cross-examination.

3:26pm        Re-direct.

3:31pm        Jury exits courtroom.

3:32pm        Court in recess.

3:52pm        Court back in session.

3:53pm        Jury enters courtroom.
              Government calls Antonio Cento as witness, duly sworn, testifies.

4:11pm        Cross-examination.

4:15pm        Re-direct.

4:17pm        Government calls Richard Krum, Jr. as witness, duly sworn, testifies.

4:42pm        Cross-examination.

4:47pm        Re-direct.

4:48pm        Government calls Tabari Francis as witness, duly sworn, testifies.

5:07pm        Cross-examination.

5:15pm        Government calls Nason Minor as witness, duly sworn, testifies.

5:24pm        Cross-examination.

5:28pm        Jury exits the courtroom.
              Court addresses matters with the parties.

**Time in court: 9:06am-10:33am; 10:51am-12:12pm; 1:31pm-3:32pm; 3:52pm-5:44pm.**
**Total time in court: 6 hours, 41 minutes.**