# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                              CASE NO: 6:22-cr-102-WWB-RMN

BRIAN PATRICK DURNING

| JUDGE: | Wendy W. Berger | COUNSEL FOR GOVERNMENT: | Michael Felicetta<br>Courtney Richardson-Jones |
|---|---|---|---|
| DEPUTY CLERK: | Regina Fermer | | |
| COURT REPORTER: | Heather Suarez<br>heathersuarez.usocr@gmail.com | COUNSEL FOR DEFENDANT: | Jeremy Lasnetski |
| SCHEDULED DATE: | June 22, 2023 | INTERPRETER: | N/A |

## MINUTES – JURY TRIAL DAY 3

| | |
|---|---|
| 9:02am | Court back in session.<br>Court addresses matters with the parties. |
| 9:14am | Jury enters courtroom. |
| 9:15am | Government calls Ofc. Brian Pina as witness, duly sworn, testifies. |
| 9:35am | Jury exits the courtroom. Court addresses technical issues. |
| 9:48am | Jury enters the courtroom; direct examination continues. |
| 10:11am | Cross-examination. |
| 10:18am | Re-direct. |
| 10:21am | Government calls David D'Arcangelis as witness, duly sworn, testifies. |
| 10:49am | Cross-examination. |
| 11:06am | Re-direct. |
| 11:14am | Jury exits courtroom.<br>Court discusses matters with the parties.<br>Government makes request regarding expert testimony.<br>Defense responds to the Government's request.<br>The Court swears in the defendant and inquires on his rights.<br>The Defendant stated he does not wish to testify at this time. |

| Time | Event |
|---|---|
| 11:28am | Jury enters the courtroom. |
| 11:29am | Jury exits the courtroom and are excused for lunch until 1:30pm. |
| 11:37am | Court in recess. The parties are instructed to come back at 12:30pm. |
| 12:32pm | Court back in session.<br>Court discusses matters with the parties.<br>Court conducts charge conference with the parties. |
| 1:59pm | Government rests.<br>Defense moves for Rule 29 judgment of acquittal.<br>Government opposes the motion for judgment of acquittal.<br>Court denies the motion for the reasons stated on the record. |
| 2:11pm | Court in recess. Will reconvene at 2:30pm. |
| 2:46pm | Court back in session. |
| 2:58pm | Jury enters. |
| 3:00pm | Government's closing argument made by Mr. Felicetta. |
| 3:40pm | Defense's closing argument made by Mr. Lasnetski. |
| 4:07pm | Rebuttal closing argument made by Mr. Felicetta. |
| 4:15pm | Court reads instructions to the jury. |
| 4:43pm | The Court instructs the Clerk to order dinner for the jurors. |
| 4:45pm | Jury excused to begin deliberations. |
| 4:47pm | Court in recess awaiting jury verdict. |
| 7:45pm | Court reconvenes for a question from the jury. |
| 7:51pm | Court in recess. |
| 8:05pm | Court back in session to resolve question 1.<br>Answer resolved as stated on the record. |
| 8:25pm | Court in recess. |
| 8:29pm | Court back in session. |
| 9:06pm | Court Security Officer informs the Court a verdict was reached. |

- 3 -

| | |
|---|---|
| 9:11pm | Jury enters courtroom for the verdict. The defendant is found guilty of Count One as to the lesser included offense of simple assault, guilty of Count Two, and Guilty as to Count 3 as to of the lesser included offense of simple assault of the Superseding Indictment and is adjudicated guilty. |
| 9:16pm | Jury is discharged and exits courtroom. |
| | The Court revokes the defendant's pretrial release, and the defendant is remanded to the custody of the United States Marshal pending sentencing. The Court orders a presentence investigation report and sets a sentencing date of September 26, at 10:30am. |
| 9:19pm | Court adjourned. |

**Time in court: 9:02am-11:37am; 12:32pm-2:11pm; 2:46pm-4:47pm; 7:45pm-7:51pm; 8:05pm-8:25pm; 8:29pm-9:19pm.**
**Total time in court: 7 hours, 31 minutes.**