UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No: 6:22-cr-102-WWB-RMN

BRIAN PATRICK DURNING

_____/

## VERDICT FORM

### COUNT ONE

We, the members of the jury, do hereby find Defendant Brian Patrick Durning:

_____ GUILTY as charged in the Superseding Indictment with abusive sexual contact with a child.

✓ GUILTY as to the lesser included offense of simple assault.

_____ NOT GUILTY.

SO SAY WE ALL.

_____   6/22/2023
Foreperson Signature                  Date

_____
Print Name

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                             Case No: 6:22-cr-102-WWB-RMN

BRIAN PATRICK DURNING

_____/

## VERDICT FORM

### COUNT TWO

We, the members of the jury, do hereby find Defendant Brian Patrick Durning:

__✓__ GUILTY as charged in the Superseding Indictment with assault resulting in substantial bodily injury to an individual who has not attained the age of 16 years.

_____ GUILTY as to the lesser included offense of simple assault.

_____ NOT GUILTY.

SO SAY WE ALL.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    6/22/2023
Foreperson Signature                Date

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Print Name

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                    Case No: 6:22-cr-102-WWB-RMN

BRIAN PATRICK DURNING
_____/

## VERDICT FORM

## COUNT THREE

We, the members of the jury, do hereby find Defendant Brian Patrick Durning:

_____ GUILTY as charged in the Superseding Indictment with assault resulting in serious bodily injury.

✓ GUILTY as to the lesser included offense of simple assault.

_____ NOT GUILTY.

SO SAY WE ALL.

_____    6/22/2023
Foreperson Signature                Date

_____
Print Name