UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                    CASE NO. 6:22-cr-102-WWB-RMN

BRIAN PATRICK DURNING

### **UNOPPOSED MOTION TO UNSEAL**

The defendant, Brian Patrick Durning, has filed an appeal in this case. Doc. 150. In the appeal, he challenges the sufficiency of the evidence and various sentencing issues. The trial testimony of the minor victim is currently sealed by order of this Court. *See* Doc. 130.

In order for the parties to brief and for the appellate court to decide the issues raised on appeal, the parties have agreed that Doc. 130 can and should be unsealed, except that the following should be redacted throughout:

- the minor victim's name (first and last, even if either appears alone, as on page 3 of Doc. 130, for example);

- the minor victim's birthdate (on page 6);

- the name of the minor victim's minor friend (on page 30); and

- the name of the minor victim's school (on page 60).

Counsel for the government on appeal, AUSA Emily Chang, certifies that she has conferred with opposing appellate counsel, Jeremy Lasnetski, who does not oppose the relief requested.

       Respectfully submitted,

       ROGER B. HANDBERG
       United States Attorney

By:   */s/ Michael P. Felicetta*
       Michael P. Felicetta
       Assistant United States Attorney
       Florida Bar No. 094468
       400 W. Washington Street, Suite 3100
       Orlando, Florida 32801
       Telephone:  (407) 648-7500
       E-mail:     Michael.Felicetta@usdoj.gov

U.S. v. BRIAN PATRICK DURNING　　　　　Case No. 6:22-cr-102-WWB-DAB

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Jeremy Lasnetski, Esq.

　　　　　　　　　　　　　　　　　*/s/ Michael P. Felicetta*
　　　　　　　　　　　　　　　　　Michael P. Felicetta
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　Florida Bar No. 094468
　　　　　　　　　　　　　　　　　400 W. Washington Street, Suite 3100
　　　　　　　　　　　　　　　　　Orlando, Florida 32801
　　　　　　　　　　　　　　　　　Telephone:　(407) 648-7500
　　　　　　　　　　　　　　　　　E-mail:　　Michael.Felicetta@usdoj.gov