UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.    CASE NO: 6:22-cr-102-WWB-RMN

BRIAN PATRICK DURNING

AUSA: Michael Felicetta

Defense Attorney: Jeremy Lasnetski, Retained Counsel

| Judge: | **ROBERT M. NORWAY**<br>United States Magistrate Judge | Date and Time: | **March 20, 2024**<br>1:55 P.M.-2:03 P.M. |
|---|---|---|---|
| Courtroom: | ZOOM | Total Time: | 8 minutes |
| Deputy Clerk: | LaDarrius Jernigan | Reporter: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| Interpreter: | None | Pretrial/Prob: | No Appearance |

**CLERK'S MINUTES**
**Motion to Seal Hearing (Doc 163)**

Case called, appearances made, procedural setting by the Court.
Both parties brief the court on what will be unsealed.
Court grants the motion. Order on motion to be entered.
Clerk to provide the parties with a copy of the sealed transcript at Doc 127.
Parties to file proposed redactions on the docket.
Court adjourned.