```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         ORLANDO DIVISION

..............................................................
                                  :
UNITED STATES OF AMERICA,         :
                                  :      Case Number:
     Plaintiff,                   :      6:22-cr-00102-WWB-RMN-1
                                  :
v.                                :      Orlando, Florida
                                  :      November 8, 2022
                                  :      9:42 AM - 9:45 AM
BRIAN PATRICK DURNING,            :
                                  :
     Defendant.                   :
                                  :
..............................................................
```

**TRANSCRIPT OF STATUS CONFERENCE**
**BEFORE THE HONORABLE WENDY W. BERGER**
**UNITED STATES DISTRICT JUDGE**

APPEARANCES:

For the Plaintiff:         Emily C.L. Chang
                           U.S. ATTORNEY'S OFFICE
                           400 West Washington Street
                           Suite 3100
                           Orlando, Florida 32801

For the Defendant:         D. Todd Doss
                           FEDERAL PUBLIC DEFENDER'S OFFICE
                           201 South Orange Avenue
                           Suite 300
                           Orlando, Florida 32801

Proceedings recorded by real-time mechanical stenography.
Transcript produced by computer-aided transcription.

Stenographically reported before:
Heather Suarez, RDR, CRR, FCRR, FPR-C, WA CCR, CA CSR
FPR-C #790 | WA CCR #23017624 | CA CSR #14538
(407) 801-8921 | heather@stenosuarez.com
PO Box 3574, Orlando, Florida 32802

```
 1                    P R O C E E D I N G S
 2          (Proceedings commenced at 9:42 AM.)
 3               THE COURTROOM DEPUTY:  Case Number 6:22-cr-102,
 4    United States of America v. Brian Patrick Durning.
 5               Counsel, please state your appearances for the
 6    record.
 7               MS. CHANG:  Good morning, Your Honor.  Emily Chang on
 8    behalf of the United States.
 9               THE COURT:  Good morning.
10               MR. DOSS:  Good morning, Your Honor.  Todd Doss
11    standing in for Ms. Reyes for Mr. Durning.
12               THE COURT:  And Mr. Durning is set for trial
13    January 9th.  Are we still ready for trial on the 9th?
14               MS. CHANG:  I don't think so, Your Honor.  So this
15    defendant first made his appearance in this court in July, and
16    on October 24th the Government first received the defense's
17    expert report.  And I don't think the delay was -- I think,
18    obviously, they were diligent.  It just takes time to find this
19    type of specialized expert.  I don't think there was undue
20    delay in that.
21               But having said that, the Government has had to
22    digest that report, decide what we want to do with it.  We want
23    to hire our own expert now to evaluate the report, perhaps come
24    up with, you know, an opinion that will be relevant in
25    rebuttal.
```

1    So while we are set in January, I doubt that if this
2    case were to go to trial, that that would be sufficient time.
3    We are in the process of locating an expert, and then we will
4    need to get the expert report done.
5         **THE COURT**:  Any objection?
6         **MR. DOSS**:  No, Your Honor.
7         **THE COURT**:  Okay.  What are we looking at in terms of
8    speedy?  I have a waiver through the 31st of January.
9         **MS. CHANG**:  Right.  Just a -- I would ask that we --
10   I mean, there's plenty of speedy trial time left, but I would
11   ask that the Court find the ends-of-justice finding for
12   whatever extension.
13        **THE COURT**:  Let me see what we have.
14        Five days still?
15        **MS. CHANG**:  I think so, Your Honor.
16        And perhaps what might work best, Your Honor, is if
17   we come back in December.  I think by December I will have an
18   expert.  I will have an idea when that expert report will be
19   ready.  We -- perhaps it might even be done, and we can check
20   in at that time, and that might be a more appropriate time to
21   set a trial if the Court is amenable to that.
22        **THE COURT**:  I'm happy to do that.  It's just stuff is
23   pulling up.  I think my next five days is March 6th through
24   the 10th.  But then, you know, stuff -- stuff will come off --
25   plea and come off, or some things will settle and get moved.

| | |
|---|---|
| 1 | So I'm happy to just set it for a December status if you want |
| 2 | to do that to see where we are. |
| 3 | **MR. DOSS:**  That sounds agreeable, Your Honor, because |
| 4 | I can't speak to the availability of the expert that Ms. Reyes |
| 5 | had hired.  She requested that I ask that it be moved from |
| 6 | the 9th to the 16th due to the expert's availability, but I |
| 7 | don't have any knowledge of that availability beyond that. |
| 8 | **THE COURT:**  Okay.  So let's, then -- we'll just set |
| 9 | it for a December status. |
| 10 | **MS. CHANG:**  Perfect.  Thank you. |
| 11 | **THE COURT:**  And I find the ends of justice are best |
| 12 | served by granting a continuance in this case. |
| 13 | **MR. DOSS:**  Thank you, Your Honor. |
| 14 | (Proceedings concluded at 9:45 AM.) |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

**CERTIFICATE OF REPORTER**

     I, HEATHER SUAREZ, RDR, CRR, FCRR, FPR-C, WA CCR, CA CSR, DO HEREBY CERTIFY that the foregoing is a correct transcript of the record of proceedings in the above-titled matter.

     DATED this 20th day of March 2024.

_____

Heather Suarez
Registered Diplomate Reporter
Certified Realtime Reporter
Federal Certified Realtime Reporter
Florida Professional Reporter-Certified #790
Washington Certified Court Reporter #23017624
California Certified Shorthand Reporter #14538