```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                   ORLANDO DIVISION

..............................................
                                :
UNITED STATES OF AMERICA,       :
                                :   Case Number:
     Plaintiff,                 :   6:22-cr-00102-WWB-RMN-1
                                :
v.                              :   Orlando, Florida
                                :   December 20, 2022
                                :   9:37 AM - 9:41 AM
BRIAN PATRICK DURNING,          :
                                :
     Defendant.                 :
                                :
..............................................


       TRANSCRIPT OF TELEPHONIC STATUS CONFERENCE
         BEFORE THE HONORABLE WENDY W. BERGER
              UNITED STATES DISTRICT JUDGE



APPEARANCES (via telephone):

For the Plaintiff:          Emily C.L. Chang
                            U.S. ATTORNEY'S OFFICE
                            400 West Washington Street
                            Suite 3100
                            Orlando, Florida 32801

For the Defendant:          Karla M. Reyes
                            FEDERAL PUBLIC DEFENDER'S OFFICE
                            201 South Orange Avenue
                            Suite 300
                            Orlando, Florida 32801


Proceedings recorded by real-time mechanical stenography.
Transcript produced by computer-aided transcription.

            Stenographically reported before:
   Heather Suarez, RDR, CRR, FCRR, FPR-C, WA CCR, CA CSR
     FPR-C #790 | WA CCR #23017624 | CA CSR #14538
         (407) 801-8921 | heather@stenosuarez.com
            PO Box 3574, Orlando, Florida 32802
```

|    |                                                                                              |
|----|----------------------------------------------------------------------------------------------|
| 1  | **P R O C E E D I N G S**                                                                    |
| 2  | (Proceedings commenced at 9:37 AM.)                                                          |
| 3  | **THE COURTROOM DEPUTY:** Case Number 6:22-cr-102,                                            |
| 4  | United States of America v. Brian Patrick Durning.                                           |
| 5  | Counsel, please state your appearances for the                                               |
| 6  | record.                                                                                      |
| 7  | **MS. CHANG:** Good morning, Your Honor. Emily Chang on                                      |
| 8  | behalf of the United States.                                                                 |
| 9  | **THE COURT:** Good morning.                                                                 |
| 10 | **MS. REYES:** Good morning, Your Honor. Karla Reyes on                                      |
| 11 | behalf of Mr. Durning.                                                                       |
| 12 | **THE COURT:** Okay. Let me pull my notes up on                                              |
| 13 | Mr. Durning. Hold on one sec.                                                                |
| 14 | Okay. I think we have him set for a date certain,                                            |
| 15 | don't we, for trial?                                                                         |
| 16 | **MS. CHANG:** We do, Your Honor. However, the                                               |
| 17 | United States received an expert report from the defense, and                                |
| 18 | we retained an expert of our own to counter that, and so we                                  |
| 19 | will need a continuance to address -- to get our expert report                               |
| 20 | done, to get the defendant interviewed, to review relevant                                   |
| 21 | documents, and we're requesting an April date certain.                                       |
| 22 | So for the sake of this child -- there's a                                                   |
| 23 | 13-year-old child who's going to have to testify. I'd ask for                                |
| 24 | a date certain so that I can convey that to her. But in the                                  |
| 25 | event that her school schedule -- you know, I just don't know                                |

1    what her school schedule is right now.  Defense counsel and I
2    just talked about this this morning.
3            I would ask for leave to file a motion just to move
4    that date certain at a later date, but I think it would be best
5    for everyone if we had a date certain today in April.
6            There are other deadlines.  We're going to be
7    asking -- we conferred this morning, and we're going to ask the
8    Court to set specific deadlines just to keep the case on track
9    and make sure that everything goes smoothly from here on out.
10           **THE COURT**:  Okay.  And how long --
11           **MS. REYES**:  Those deadlines were Rule 12.2 notice,
12   Your Honor.  We agreed jointly for a deadline of
13   January 13th --
14           **THE COURT**:  Okay.
15           **MS. REYES**:  -- for me to provide notice to the
16   Government.
17           **THE COURT**:  Okay.  So we'll do January 13th.  I'll
18   allow that.
19           **MS. REYES**:  Thank you, Your Honor.
20           **THE COURT**:  And --
21           **MS. CHANG**:  And the -- I'm sorry.
22           **THE COURT**:  No.  Go ahead.
23           **MS. CHANG**:  This is AUSA Chang.
24           So the remaining deadlines are -- the United States
25   made a request for specific documents for the defendant to

1  produce to the experts, and we would request a deadline of
2  December 28th.  Both parties agree to that.
3              **THE COURT**:  Okay.
4              **MS. REYES**:  That's correct, Your Honor.
5              **THE COURT**:  All right.  December 28th.
6              **MS. CHANG**:  And the parties are informally working
7  out a date for the defendant to be interviewed and examined in
8  Virginia by the United States' expert in Virginia.
9              The United States has asked that the Court order the
10 United States to pay for the reasonable travel expenses of the
11 defendant for that two-day examination.
12             **THE COURT**:  Okay.
13             **MS. CHANG**:  That'll --
14             **THE COURT**:  I'll order that.
15             **MS. CHANG**:  And then if you could also please order
16 that the United States produce its expert report five weeks
17 after the interview.
18             **THE COURT**:  Okay.  Are you all right with that,
19 Ms. Reyes?
20             **MS. REYES**:  Yes, Your Honor.
21             **THE COURT**:  Okay.  So we'll do that.  I'll order the
22 United States to pay for the defendant's travel for the expert
23 to interview him, and then the report will be due five weeks
24 after the interview.
25             And I --

```
 1                MS. CHANG:  Yes, Your Honor.  And -- I'm sorry.
 2                THE COURT:  I show April 10th.  How long is this
 3     trial -- do you expect the trial will take?
 4                MS. CHANG:  I think we should reserve a week just
 5     given the expert testimony.  The case itself is not very
 6     complicated.  It's all going to be about mental state.  So I
 7     think a week is sufficient, but I don't know if defense counsel
 8     agrees.
 9                MS. REYES:  I do agree, Your Honor, and I will also
10     file a written waiver of speedy trial through the end of April.
11                THE COURT:  Okay.  I'll grant -- I find the ends of
12     justice is served by granting it, and we'll set it
13     (breaking up) April 10th open.
14                THE COURTROOM DEPUTY:  Judge, sorry.  It cut out.
15     Did you say April 10th for a date certain?
16                THE COURT:  Yes.  That week.
17                MS. CHANG:  Excellent.  Thank you, Your Honor.
18                THE COURT:  All right.
19                MS. REYES:  It works for the defense, Your Honor.
20     Thank you.
21                THE COURT:  Okay.  Thank you.
22           (Proceedings concluded at 9:41 AM.)
23
24
25
```

**CERTIFICATE OF REPORTER**

I, HEATHER SUAREZ, RDR, CRR, FCRR, FPR-C, WA CCR, CA CSR, DO HEREBY CERTIFY that the foregoing is a correct transcript of the record of proceedings in the above-titled matter.

DATED this 20th day of March 2024.

_(signature)_

Heather Suarez
Registered Diplomate Reporter
Certified Realtime Reporter
Federal Certified Realtime Reporter
Florida Professional Reporter-Certified #790
Washington Certified Court Reporter #23017624
California Certified Shorthand Reporter #14538