```
 1                    UNITED STATES DISTRICT COURT
                       MIDDLE DISTRICT OF FLORIDA
 2                          ORLANDO DIVISION

 3      .............................................................
                                        :
 4      UNITED STATES OF AMERICA,       :
                                        :       Case Number:
 5           Plaintiff,                 :       6:22-cr-00102-WWB-RMN-1
                                        :
 6      v.                              :       Orlando, Florida
                                        :       April 5, 2023
 7                                      :       2:22 PM - 2:31 PM
        BRIAN PATRICK DURNING,          :
 8                                      :
             Defendant.                 :
 9                                      :
        .............................................................
10

11           REDACTED TRANSCRIPT OF STATUS CONFERENCE
              BEFORE THE HONORABLE WENDY W. BERGER
12                 UNITED STATES DISTRICT JUDGE

13

14      APPEARANCES:

15      For the Plaintiff:         Michael Felicetta
                                   U.S. ATTORNEY'S OFFICE
16                                 400 West Washington Street
                                   Suite 3100
17                                 Orlando, Florida 32801

18      For the Defendant:         Karla M. Reyes
                                   FEDERAL PUBLIC DEFENDER'S OFFICE
19                                 201 South Orange Avenue
                                   Suite 300
20                                 Orlando, Florida 32801

21
        Proceedings recorded by real-time mechanical stenography.
22      Transcript produced by computer-aided transcription.

23                   Stenographically reported before:
           Heather Suarez, RDR, CRR, FCRR, FPR-C, WA CCR, CA CSR
24          FPR-C #790 | WA CCR #23017624 | CA CSR #14538
                 (407) 801-8921 | heather@stenosuarez.com
25                PO Box 3574, Orlando, Florida 32802
```

P R O C E E D I N G S

(Call to order of the court at 2:22 PM.)

**THE COURTROOM DEPUTY**: Case Number 6:22-cr-102, United States of America v. Brian Patrick Durning.

Counsel, please state your appearances for the record.

**MR. FELICETTA**: Good afternoon, Your Honor. Michael Felicetta appearing for the United States.

**MS. REYES**: Good afternoon, Your Honor. Karla Reyes appearing for Mr. Durning. Thank you for allowing us to start this a little later.

**THE COURT**: No problem.

Is this going to end up being a trial -- this case?

**MR. FELICETTA**: Yes, Judge. I can update the Court on that.

Ms. Reyes and I worked really diligently to see if we could resolve the case. We met a couple of times, both telephonically and in person. We talked about the parameters of what a plea would look like. We thought that we could reach a resolution where we made some concessions on both sides, and we drafted the agreement. I spent considerable time with the victim's family getting them on board with the arrangement and tendered the plea to Ms. Reyes, who represented that she met with her client on several occasions, and it doesn't appear that he's prepared to go forward with the plea.

1    So -- and I'll let Ms. Reyes speak to that, but I
2    don't believe that we're going to be able to resolve the case.
3         **THE COURT**: Okay.
4         **MS. REYES**: Hope springs eternal, Judge. So I think
5    a continuance -- I know this was set for -- or it is set for
6    time certain, but I think a continuance -- I would join in on
7    the request for a continuance because I want to keep trying to
8    resolve it.
9         **MR. FELICETTA**: I did not file yet a formal motion
10   for continuance, and I was actually glad that the Court had
11   scheduled the status because it gave us a chance to talk about
12   this with Your Honor.
13        I told the family that the plea wasn't going to go
14   forward, and that was very difficult for them as well because
15   they had already sort of --
16        **THE COURT**: Right. Mentally prepared for that.
17        **MR. FELICETTA**: Right. So the child victim -- she's
18   in eighth grade. She's in California schools. They finish on
19   June 16th.
20        **THE COURT**: Okay.
21        **MR. FELICETTA**: She had already sort of allocated the
22   time. And we knew that it was going to require, on May 15th,
23   for her to miss some school, which they were totally prepared
24   for and weren't concerned with. When I told them that the
25   trial could get delayed, that caused considerable concern, and

1  their request was to keep it on May 15th.
2           I've told them that it presents a lot of challenges
3  for us because we sort of held off on some of the expert work
4  while we were honestly thinking this was going to be a plea,
5  and so the family has indicated to me that they'd like to get
6  to trial sooner than later because what their concern is for
7  Z▮ is that if the trial is held in July or August -- you know,
8  she's going into her freshman year of high school, and they're
9  trying to put some closure behind this because this has been
10 extremely difficult for the child.
11          **THE COURT**: Right.
12          **MR. FELICETTA**: So I would ask, if it's available,
13 that we would -- that we could have the trial after -- after
14 the child finishes school on June 16th.
15          **THE COURT**: Let me see what we've got.
16          **MR. FELICETTA**: June 20th was the date I was thinking
17 of.  It's the day after a federal holiday, if that's available.
18          **THE COURT**: That's right now set for trial --
19 22-cr-197.
20          **THE COURTROOM DEPUTY**: It's a codefendant.  Let me
21 see what's going on.  Gilpin -- oh, okay.  Kingston has not
22 been arrested yet.  So it's just the one.
23          **THE COURT**: Who represents --
24          **THE COURTROOM DEPUTY**: Mr. Doss.
25          **THE COURT**: So right now I have a trial set for that

1  week.  The following week I only have three days, and this is
2  probably going to take longer than three days.
3           **MR. FELICETTA:**  It's likely to with experts.  We both
4  have experts.
5           **THE COURT:**  Yeah.  You can't go beyond -- the 29th
6  and 30th, we have a Board of Judges meeting and that
7  investiture of -- Judge Norway's investiture; so our chief has
8  asked us not to schedule anything on those two days.  The
9  following weekend is July 4th.
10          I mean, I have open -- I mean, I have July 17.  I
11 realize we don't want to be into July.  I have that one.  I
12 won't know about the one on June -- 22-197 -- that one that
13 Mr. Doss represents until a next status or until I hear that
14 person wants to plea.
15          **MS. REYES:**  How many days is that one slated for,
16 Judge?
17          **THE COURT:**  It's set for four days, Tuesday through
18 Friday.
19          **MR. FELICETTA:**  I recall --
20          **THE COURT:**  But you never know whether those -- I
21 mean, that could very easily plea.  It could very easily not
22 go.  The codefendant hasn't even been arrested.
23          **MR. FELICETTA:**  I recall approving a plea for that
24 case.  I don't know what the status is.
25          **MS. REYES:**  Oh.

1  **THE COURT:** But if that one goes away, I'm happy to
2  put it on that date, the 20th.  Then we'd have those four days,
3  and then if we needed to, we'd have the three days the
4  following week.
5  **THE COURTROOM DEPUTY:** Do you want me to reach out to
6  the parties in that case to see --
7  **THE COURT:** We can reach out and see whether or not
8  that's set to go.
9  **MS. REYES:** Was that case set for status today?
10 **THE COURT:** It was not.  It's not set till probably
11 next month.
12 **MS. REYES:** When did you approve it?
13 **MR. FELICETTA:** I don't recall.
14 **MS. REYES:** Okay.
15 **MR. FELICETTA:** But I could follow up with the Court
16 and see if that's going to go on the 20th, and if it's not or
17 for any reason it's going to resolve, that would be ideal for
18 everybody, I think.  And that should give us enough time to get
19 our expert reports to one another.
20 **THE COURT:** Okay.  So let's -- and if not --
21 actually, let's set -- I want to set -- let's set this one for
22 the 20th just in case, and then let's potentially put 197 --
23 just tentatively put it on that July 17th date in case we need
24 to -- I'd rather try this one with the child victim before the
25 other one unless we've got some sort of speedy issues.  That

1   way -- I just would rather try this one first.

2           So you can talk to Mr. Doss; and, hopefully, that

3   one's going to resolve anyway.

4           So leave this one -- leave the 22-197 also set for

5   the 20th right now just in case but also put it down

6   tentatively for July 17th so that I don't inadvertently

7   schedule something for that week.  Just say "leave open for"

8   then "22-197" because -- is that a drug case?

9           **THE COURTROOM DEPUTY**:  I think so.

10          **THE COURT**:  It's a drug case.  So I don't see any

11  reason why that one can't be moved.

12          **MR. FELICETTA**:  I appreciate that, Judge.  Thank you.

13          **THE COURT**:  All right.

14          **MS. REYES**:  Thank you, Your Honor.

15          **THE COURT**:  Okay.  Well, then we'll take this off --

16  I'll find the ends of justice are best served by moving the

17  trial, and we'll set it for a date certain that June 20th.

18          **MR. FELICETTA**:  Thank you, Judge.

19          We will have a couple of unusual requests with regard

20  to the child victim, and I'll file those in writing, but just

21  to give you a preview, both Court and counsel, that we're going

22  to ask for a therapy dog and also ask for the witness box to be

23  moved slightly closer to the jury during questioning.  And I'll

24  outline the reasons for that --

25          **THE COURT**:  I don't know how that happens but --

1  **THE COURTROOM DEPUTY:** I'll ask.
2  **THE COURT:** We'll figure it out. We'll see whether
3  or not -- if it's movable.
4  **MS. REYES:** Is it movable? Do you know?
5  **MR. FELICETTA:** I thought they were but --
6  **THE COURTROOM DEPUTY:** I don't know. I never moved
7  it.
8  **THE COURT:** I don't know whether it's movable or not.
9  I guess we can go over there and push it. But I don't know.
10 If it's movable, then we can, you know, perhaps do that.
11 **THE COURTROOM DEPUTY:** I'll ask IT.
12 **THE COURT:** We'll see the logistics, and we can just
13 move it in general up just for everybody. I mean, I don't know
14 how feasible it is to just move it for one witness. So --
15 **MR. FELICETTA:** I understand. And I'm not trying to
16 be difficult. We'll lay out our reasons, and we can address it
17 with the Court at the appropriate time.
18 **THE COURT:** Okay. All right.
19 **MS. REYES:** Thank you, Your Honor.
20 **MR. FELICETTA:** Thank you.
21 **THE COURT:** Thank you.
22    (Proceedings concluded at 2:31 PM.)

**CERTIFICATE OF REPORTER**

I, HEATHER SUAREZ, RDR, CRR, FCRR, FPR-C, WA CCR, CA CSR, DO HEREBY CERTIFY that the foregoing is a correct transcript of the record of proceedings in the above-titled matter.

DATED this 20th day of March 2024.

_____

Heather Suarez
Registered Diplomate Reporter
Certified Realtime Reporter
Federal Certified Realtime Reporter
Florida Professional Reporter-Certified #790
Washington Certified Court Reporter #23017624
California Certified Shorthand Reporter #14538

**CERTIFICATE OF REDACTION**

I, HEATHER SUAREZ, RDR, CRR, FCRR, FPR-C, WA CCR, CA CSR, DO HEREBY CERTIFY that the foregoing is a true and correct copy of the transcript originally filed with the clerk of court on 03/20/2024 and incorporating redactions of personal identifiers in accordance with Judicial Conference policy.

*Redacted characters appear as a black box in the transcript.*

DATED this 20th day of March 2024.

_(signature)_

Heather Suarez
Registered Diplomate Reporter
Certified Realtime Reporter
Federal Certified Realtime Reporter
Florida Professional Reporter-Certified #790
Washington Certified Court Reporter #23017624
California Certified Shorthand Reporter #14538