```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          ORLANDO DIVISION

..............................................................
                                  :
UNITED STATES OF AMERICA,         :
                                  :      Case Number:
     Plaintiff,                   :      6:22-cr-00102-WWB-RMN-1
                                  :
v.                                :      Orlando, Florida
                                  :      May 18, 2023
                                  :      11:28 AM - 11:41 AM
BRIAN PATRICK DURNING,            :
                                  :
     Defendant.                   :
                                  :
..............................................................


         TRANSCRIPT OF TELEPHONIC STATUS CONFERENCE
            BEFORE THE HONORABLE WENDY W. BERGER
                 UNITED STATES DISTRICT JUDGE



APPEARANCES (via telephone):

For the Plaintiff:        Michael Felicetta
                          Courtney D. Richardson-Jones,
                          U.S. ATTORNEY'S OFFICE
                          400 West Washington Street
                          Suite 3100
                          Orlando, Florida 32801

For the Defendant:        Jeremy Lasnetski
                          LASNETSKI GIHON LAW
                          121 West Forsyth Street
                          Suite 520
                          Jacksonville, Florida 32202

Proceedings recorded by real-time mechanical stenography.
Transcript produced by computer-aided transcription.

              Stenographically reported before:
     Heather Suarez, RDR, CRR, FCRR, FPR-C, WA CCR, CA CSR
        FPR-C #790 | WA CCR #23017624 | CA CSR #14538
            (407) 801-8921 | heather@stenosuarez.com
                PO Box 3574, Orlando, Florida 32802
```

|  |  |
|---|---|
| 1 | **P R O C E E D I N G S** |
| 2 | (Call to order of the court at 11:28 AM.) |
| 3 | **THE COURTROOM DEPUTY**:  Case Number 6:22-cr-102, |
| 4 | United States of America v. Brian Patrick Durning. |
| 5 | Counsel, please state your appearances for the record |
| 6 | starting with the Government. |
| 7 | **MR. FELICETTA**:  Good morning, Your Honor. |
| 8 | Michael Felicetta, and I'm joined by Courtney Richardson-Jones |
| 9 | on behalf of the United States. |
| 10 | **THE COURT**:  Okay. |
| 11 | **MR. LASNETSKI**:  Good morning, Your Honor. |
| 12 | Jeremy Lasnetski here on behalf of Brian Durning. |
| 13 | **THE COURT**:  All right.  So are we still on track to |
| 14 | try this case in June? |
| 15 | **MR. LASNETSKI**:  So, Your Honor, I guess I'll start. |
| 16 | This is Jeremy Lasnetski.  I don't think we're quite ready for |
| 17 | trial as there's some outstanding discovery.  I think the |
| 18 | Government's going to object to our motion for a continuance. |
| 19 | But I came into the case -- I filed my notice of appearance |
| 20 | April 24th, and I've been working diligently to go through all |
| 21 | of the docket filings and all of the discovery and get up to |
| 22 | speed and get ready for trial. |
| 23 | And in reviewing everything, I've learned that on |
| 24 | January 4th the Government had moved for a continuance of the |
| 25 | trial that was scheduled at that point to have my client |

1   evaluated by their psychologist, Dr. Tramontin, who is in
2   Virginia.
3         **THE COURT:** Uh-huh.
4         **MR. LASNETSKI:** He was evaluated, and that was
5   January 30th, I believe, or thereabouts. He provided a good
6   deal of statements and a several-hour interview with
7   Dr. Tramontin.
8         The filings indicate that the interview was to be
9   recorded and that recording was to be provided to us and a
10  report was to be written by Dr. Tramontin. The Court provided
11  a deadline for the Government to provide that report five weeks
12  after the evaluation, which would have put that deadline around
13  March 6th, give or take.
14        **THE COURT:** Okay.
15        **MR. LASNETSKI:** And to this date we don't have either
16  the report or the recording of the evaluation.
17        So what I was going to propose -- I know this case
18  involves a minor, and we're coming into the summer months.
19  And, you know, I'm sure that the Government would like to get
20  it tried before she goes back to school. I think the school in
21  that district starts around August 24th or thereabout. But if
22  the Court would set a new deadline to provide the -- for the
23  Government to provide the report and the recordings to us and a
24  trial somewhere around the week of August 7th on a date
25  certain, because I know that there are some out-of-state

1    witnesses in this case.  You know, I'm pretty confident that if
2    we get the report and the recording in a timely manner that we
3    will be prepared to go to trial on that date.
4            **THE COURT:**  Okay.  I'll hear from the Government.
5            **MR. FELICETTA:**  Thank you, Your Honor.
6    Michael Felicetta here.
7            Counsel's accurately stated some of the discussions
8    that we've had with regard to scheduling, and we are posing a
9    continuance.
10           I'll start with the expert report first.  It is
11   ready.  I have been told it was going to be prepared -- or
12   excuse me -- was going to be provided to the Government today,
13   but I expect no later than tomorrow I'll have the final report
14   from our expert.
15           Part of the reason why the report was delayed was
16   because, as Your Honor is aware, prior counsel had informed us
17   that she wanted to enter into a plea agreement, and so we
18   stopped our work on the expert.  We told him -- I mean, it's
19   very -- you know, a high cost for the Government --
20           **THE COURT:**  Right.
21           **MR. FELICETTA:**  -- to proceed.  So we asked the
22   experts to stop their work, and they were sort of stalled out
23   anyhow because they were having difficulty getting records that
24   the defense was not providing them that they had requested that
25   they needed that were learned about during Mr. Durning's

1  interview.

2  But, in any case, given the fact that the parties
3  were proceeding in good faith towards resolving the case, we
4  sort of stopped all of our work in that area.  We prepared the
5  written plea agreement, and then we were told that the
6  defendant was not going to take the plea.

7  We resumed our work with the expert.  I reached out
8  to prior counsel and asked for the medical records that they
9  needed.  She gave us a HIPAA waiver from Mr. Durning, which
10 allowed them to get the records, and now they're able to
11 finalize the report.  So we'll have the report in hand by no
12 later than tomorrow, and I will immediately share that with
13 counsel when I receive it.

14 In terms of the continuance, Your Honor, what I
15 expressed to defense counsel was that the family -- you know,
16 they were very much opposed to us moving the trial to begin
17 with --

18 **THE COURT:**  Right.

19 **MR. FELICETTA:**  -- from May to June, and I explained
20 the reasons why we needed to do that.  But there's a number of
21 reasons why they're asking for it not to be continued, which
22 the Government agrees with.

23 Number one, the child victim is scheduled to start
24 school on August 24th, and they are -- they want to endeavor to
25 get this resolved before she enters high school.  She is

1  finishing up eighth grade, and before she enters high school,
2  they want this to be in their rearview mirror.
3        There's also a number of medical issues.  The child
4  victim is scheduled for ear surgery on July 6th.  She's going
5  for a consultation on June 12th.  But that surgery on July 6 is
6  going to put her, you know, out of commission for a while while
7  she recovers from that surgery.  She's also got other doctors'
8  visits in August to include a neurologist on August 2nd and a
9  dentist on August 18th.
10        The family has a business that's been affected by all
11  of this, and a continuance would further affect what they've
12  already scheduled off to shut down the business for purposes of
13  this trial.  And the father has scheduled time off because they
14  have another child who's a special needs child, and so he's
15  scheduled time off of work to accommodate for this trial.
16        So there's a lot of different plates spinning for
17  them, and a delay in the trial, I think, would cause a great
18  deal of turmoil in the family and complications with the child
19  victim.
20        So I do think that given the fact that the report
21  will be ready tomorrow that there is sufficient time for the
22  defense expert to get up to speed and for us to be ready for
23  trial.  I know that counsel's new to this case; so I fully
24  understand his desire to have a little more time, and I'm
25  sympathetic to that.  But on behalf of the child victim and

1  their family, we're requesting that the trial stay as
2  scheduled.
3          **THE COURT:**  Okay.  I'm just looking at my schedule.
4  I mean, I would like to keep the trial scheduled where it is if
5  you can make sure that you get that information to defense
6  counsel that you receive from the expert today or tomorrow at
7  the latest and immediately turn it over to defense.
8          I'm looking at my calendar, and right now we've got
9  it scheduled for the week of the 19th.  The 19th is closed.  So
10 we have the 20th through the 23rd and then the 26th through
11 the 28th scheduled for it.
12         I'm technically supposed to be at the -- down south
13 on the 23rd; so it would probably be 20, 21, 22, and then 26,
14 27, 28, which is plenty of time to be able to try the case.
15         But when we get into August -- well, July, I have --
16 let's see what dates I have.  I have a case, it looks like,
17 set --
18         And, Regina, I'm just looking on my iPad because
19 I'm not in my office.  So let me know if these -- what do we
20 have available July?
21         **THE COURTROOM DEPUTY:**  So for July, for at least,
22 like, a full week, we have July 24th through the 28th.  But
23 that is in between a trial.  Well, we have, like, a trial set
24 for the 17th, that week, and we also have a trial set for the
25 week of the 31st.  But we have the 24th through the 28th, that

1   Monday through Friday, open.  And then that first week of July,
2   which is Monday, July 3rd -- I believe the courthouse will be
3   closed on the 4th.  So it's like a week with a day out.
4     **THE COURT**:  Right.  And then the August dates don't
5   work because I'm -- I'm sitting by designation on the Eleventh,
6   and so I'll be gone for a week.
7     So really this is the only time that we have where
8   I've set aside enough time to try this case, and so I would
9   like -- you know, and in coordination with her school year.  So
10  I would like to keep it set.
11    So unless something happens and that report does not
12  come, you know, then, you know, you can -- you can revisit a
13  continuance.  But I want to keep it set.  I'd like to get this
14  done sooner rather than later in terms of the child and her
15  school and these other matters that she has to take care of
16  over the summer.
17    **MR. LASNETSKI**:  Your Honor, if I may, would the week
18  of July 24th through the 28th not work?  I think everything I
19  read was this should be a three- to five-day trial, and I think
20  that's pretty consistent with what I would put it at.
21    **THE COURT**:  Well, I mean, it's just in between.  I
22  mean, that's, like, a trial the week of the 10th, the trial the
23  week of the 17th, a trial the week of the 24th, a trial the
24  week of the 31st through the 4th.  So, I mean, there really is
25  no room for error on trying the case.  I mean, if it needed to

1  go over for whatever reason, it's not going to be able to --
2  it's not going to be able to happen.  I mean, I'm not --
3  there's no room for it to take six days is what I'm saying.
4       I would prefer to keep it set where we have it.  I
5  will revisit it -- if you get the information and it requires
6  anything additional, I'll revisit a request to continue it, but
7  right now I'm going to leave it set where it is.  But let me
8  know if you don't get the report.
9       **MR. LASNETSKI:**  And in addition to the report, I
10 believe it was the recording of my client's statements, which
11 may be, you know, more crucial to trial preparation than the
12 report, although that's pretty crucial as well.  So I didn't
13 hear anything about providing the recording to us.
14      **MR. FELICETTA:**  I wasn't aware -- I'm sorry, Judge.
15 Michael Felicetta for the Government.
16      I wasn't aware it was recorded, but I will inquire
17 today, and if it was recorded, I will obtain a copy and get
18 that to counsel.
19      **THE COURT:**  Okay.
20      **MR. LASNETSKI:**  Yeah.  And there was --
21      **THE COURT:**  Go ahead.
22      **MR. LASNETSKI:**  There was a filing where the prior
23 assistant U.S. attorney stated in the filing that it would be
24 recorded and it would be turned over to the defense.
25      **MR. FELICETTA:**  Okay.  I wasn't aware of that.  I'm

1    sorry.  I will work on that today.
2            **MR. LASNETSKI**:  Okay.
3            **THE COURT**:  Okay.  All right.  Get that to him,
4    hopefully, so you can light a fire under the doctor, no later
5    than tomorrow.
6            **MR. FELICETTA**:  Yes, Your Honor.  I'll take care of
7    that today.
8            **THE COURT**:  Okay.  Wonderful.
9            All right.  Anything else we need to take up?
10           **MR. FELICETTA**:  I don't believe so, Your Honor.
11           **MR. LASNETSKI**:  From the defense --
12           **THE COURT**:  Nothing?
13           **MR. LASNETSKI**:  Not from the defense, Your Honor.
14           **THE COURT**:  Okay.
15           **MR. FELICETTA**:  Not from the Government, Judge.
16           **THE COURT**:  Okay.  So we will see you back on -- when
17   is it?  What date do we have it set for?
18           **MR. LASNETSKI**:  June 20th, I believe.
19           **THE COURT**:  June 20th.  I'll see you back on
20   the 20th.
21           **MR. LASNETSKI**:  Yes.
22           **MR. FELICETTA**:  Thank you, Your Honor.
23           **THE COURT**:  Thank you.
24           **MR. LASNETSKI**:  Thank you.
25        (Proceedings concluded at 11:41 AM.)

**CERTIFICATE OF REPORTER**

I, HEATHER SUAREZ, RDR, CRR, FCRR, FPR-C, WA CCR, CA CSR, DO HEREBY CERTIFY that the foregoing is a correct transcript of the record of proceedings in the above-titled matter.

DATED this 20th day of March 2024.

*[signature: Heather Suarez]*

Heather Suarez
Registered Diplomate Reporter
Certified Realtime Reporter
Federal Certified Realtime Reporter
Florida Professional Reporter-Certified #790
Washington Certified Court Reporter #23017624
California Certified Shorthand Reporter #14538